**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 44437**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2017 Unpublished Opinion No. 566 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: August 31, 2017 |
| | ) | |
| v. | ) | Karel A. Lehrman, Clerk |
| | ) | |
| LLOYD RAY WEHRLI, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fifth Judicial District, State of Idaho, Jerome County. Hon. G. Richard Bevan, District Judge.

Judgment of conviction and consecutive unified sentences of twelve years, with three and one-half years determinate, for two counts of sexual abuse of a child under the age of sixteen, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Reed P. Anderson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

————————————————————————

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and HUSKEY, Judge

————————————————————————

PER CURIAM

Lloyd Ray Wehrli pled guilty to two counts of sexual abuse of a child under the age of sixteen years, Idaho Code §§ 18-1506, 19-304(2). The district court imposed consecutive unified sentences of twelve years, with three and one-half years determinate. Wehrli appeals, contending that his sentences are excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Wehrli's judgment of conviction and sentences are affirmed.